```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 10-21630-CIV-MORENO
                              MAGISTRATE JUDGE P.A. WHITE
WILLIAM RAY,
AKA WILLIAM KING,             :

      Petitioner,             :
                                       REPORT RECOMMENDING TRANSFER
v.                            :                OF VENUE
                                             28 U.S.C. §2254
WALTER MCNEIL,                :

      Respondent.             :
_____
```

This Cause is before the Court upon a <u>pro-se</u> petition for writ of habeas corpus filed by William Ray, aka William King, pursuant to 28 U.S.C. §2254. The petition attacks his convictions for first degree murder and robbery, case no. 99-0566, entered in the Circuit Court in Palatka, Florida. Palatka is located in Putnam County, in the Middle District of Florida.

A federal habeas corpus petition such as this may be filed in the District in which the State Court which convicted the petitioner is located or in the District where he is confined. 28 U.S.C. §2241(d).

The Middle District of Florida, where the petitioner was convicted and where the records pertaining to this conviction are located, is the appropriate venue for this petition, and it is recommended that this case be transferred to that District.

Objections to this Report may be filed within fourteen days following receipt.

Dated this 1st day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

cc: William Ray, Pro Se
    DC#12658
    Dade CI
    Florida City, FL
    Address of record